IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH D. LOWTHERJR., as parents and next friend of their minor daughter, D.L.; REBECCA L. LOWTHER, as parents and next friend of their minor daughter, D.L.; DONALD SEDLACEK, as parents and next friend of their minor daughter, T.S.; JENNIFER SEDLACEK, as parents and next friend of their minor daughter, T.S.; BRIAN SCOBEE, as parents and next friend of their minor daughter, M.S.; and ANGIE SCOBEE, as parents and next friend of their minor daughter, M.S.;

                    Plaintiffs,

        vs.

BENNINGTON PUBLIC SCHOOL DISTRICT BOARD OF EDUCATION, and   DOES 1 THROUGH 50,

                    Defendants.

**8:21-CV-48**

**ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT**

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 17th day of February, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge