IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH D. LOWTHERJR., as parents and next friend of their minor daughter, D.L.; REBECCA L. LOWTHER, as parents and next friend of their minor daughter, D.L.; DONALD SEDLACEK, as parents and next friend of their minor daughter, T.S.; JENNIFER SEDLACEK, as parents and next friend of their minor daughter, T.S.; BRIAN SCOBEE, as parents and next friend of their minor daughter, M.S.; and ANGIE SCOBEE, as parents and next friend of their minor daughter, M.S.;<br><br>            Plaintiffs,<br><br>vs.<br><br>BENNINGTON PUBLIC SCHOOL DISTRICT BOARD OF EDUCATION, and DOES 1 THROUGH 50,<br><br>            Defendants. | **8:21CV48**<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 18). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with costs and attorneys' fees to be paid as provided in the Consent Decree entered in this matter.

Dated this 4th day of August, 2021.

BY THE COURT:

s/ Joseph F. Bataillon

Senior United States District Judge